# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

v.             **Case No. 4:14CR00057-001 KGB**

**MARCUS ALLEN**                                                             **DEFENDANT**

## ORDER

Before the Court is Nicole Lybrand's motion to withdraw as counsel of record for defendant Marcus Allen (Dkt. No. 17). For good cause shown, the motion is granted. Nicole Lybrand is no longer assigned as counsel of record for defendant Marcus Allen.

CJA Panel Member Jordan B. Tinsley is hereby appointed counsel for defendant Marcus Allen.

SO ORDERED this 9th day of June, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE