**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                              Case No. 4:14CR00057-001 KGB

**MARCUS ALLEN**                                                                                          **DEFENDANT**

**ORDER**

  Before the Court is a motion to dismiss forfeiture allegation as to a certain firearm filed by the United States (Dkt. No. 18). Defendant Marcus Allen was charged in a three-count indictment with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(e), possession with intent to distribute crack cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), and use of a firearm in furtherance of a drug crime in violation of 18 U.S.C. § 924(c)(1)(A) (Dkt. No. 8). The indictment included a forfeiture allegation pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). The firearms and ammunition described in the indictment were seized by the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") during the investigation of this matter.

  The indictment gave notice of the United States' intent to seek at sentencing the forfeiture of all firearms and ammunition involved in the offenses set out in the indictment, including a Colt model M4 Carbine 5.56mm caliber semi-automatic rifle, bearing serial number LE161911. The United States has learned that this weapon was reported stolen and will be returned to its rightful owner. Because the seized property will be returned to its rightful owner, the United States requests dismissal of the forfeiture allegation as to this certain firearm in the indictment.

For good cause shown, the United States' motion to dismiss forfeiture allegation as to a certain firearm is granted (Dkt. No. 18).

SO ORDERED this the 11th day of June, 2014.

_____
Kristine G. Baker
United States District Judge