**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                          **PLAINTIFF**

**v.**                          **Case No. 4:14CR00057-001 KGB**

**MARCUS ALLEN**                                                                                           **DEFENDANT**

<u>**ORDER**</u>

Before the Court is defendant Marcus Allen's motion to withdraw Jordan Tinsley as Mr. Allen's counsel of record (Dkt. No. 22) and motion to proceed *pro se* (Dkt. No. 24), and Mr. Tinsley's motion to withdraw as attorney of record for Mr. Allen (Dkt. No. 23). The Court grants Mr. Allen and Mr. Tinsley's motions to withdraw. Mr. Tinsley is no longer assigned as counsel of record for Mr. Allen. The Court will hold a hearing regarding Mr. Allen's motion to proceed *pro se* on Monday, September 8, 2014, beginning at 9:30 a.m. in Courtroom 4C at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas 72201. The Court requests that CJA Panel Member Arkie Byrd attend the hearing.

Also before the Court is Mr. Allen's "motion opposing another continuance" (Dkt. No. 25). The Court notes Mr. Allen's motion and directs the Clerk of the Court to term it. There is no motion for continuance pending before the Court. Should another motion to continue be filed, Mr. Allen may object at that time.

Mr. Allen also has filed a motion for hearing on September 5, 2014 (Dkt. No. 27). Mr. Allen does not specify the purpose of his requested hearing. The Court denies Mr. Allen's motion for hearing on September 5, 2014.[1]

---

[1] Mr. Allen also included a photograph with his motion for hearing on September 5, 2014. The Court will hold that photograph and return it to Mr. Allen at the hearing regarding his motion to proceed *pro se*.

The Court takes Mr. Allen's motion to suppress under advisement pending the resolution of his motion to proceed *pro se* (Dkt. No. 26).

SO ORDERED this 3rd day of September, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE