IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                    Case No. 4:14CR00057-001 KGB

MARCUS ALLEN                                                    DEFENDANT

## ORDER

The Court appoints CJA Panel Member Arkie Byrd as standby counsel for Mr. Allen. *See Faretta v. California*, 422 U.S. 806, 834 n.46 (1975) (courts may appoint a "standby counsel," even over the accused's objection, "to aid the accused if and when the accused requests help, and to be available to represent the accused in the event that termination of the defendant's self-representation is necessary").

SO ORDERED this 4th day of September, 2014.

*/s/ Kristine G. Baker*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE