## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**v.**                              **Case No. 4:14-cr-00057 KGB**

**MARCUS ALLEN, aka HOUSE**                                                              **DEFENDANT**

### FINAL ORDER OF FORFEITURE

Before the Court is the United States motion for final order of forfeiture (Dkt. 146). On November 26, 2014, this Court entered a Preliminary Order of Forfeiture, ordering Defendant to forfeit his interest in the following property:

- A. a Taurus model PT92AFS 9mm semi-automatic pistol, serial number TUD47722;
- B. a Norinco model MAK90 Sporter .762 caliber rifle, serial number 9398662;
- C. a Charter Arms model Bulldog Pug .44 caliber revolver, serial number 81500; and
- D. $3,443.00 in United States Currency.

(collectively "property subject to forfeiture").

The United States published notice of this forfeiture and the United States' intent to dispose of the property in accordance with the law as specified in the Preliminary Order. *See* Notice of Publication (Dkt. 145). The United States posted its notice on the forfeiture website, internet address of www.forfeiture.gov for 30 consecutive days beginning on December 2, 2014 and ending on December 31, 2014. Further, the United States also made reasonable efforts to identify and give direct notice of this forfeiture to all persons who reasonably appear to have

standing to contest this forfeiture in an ancillary proceeding, but no such person was identified. No one has filed a claim to the property subject to forfeiture, and the time for filing claims has expired.

Now the United States petitions the Court to enter a Final Order of Forfeiture, which will vest all right, title, and interest in the United States. The United States also asks this Court to authorize the United States Marshal or his designee to dispose of the property according to law.

It is hereby ordered that the property subject to forfeiture is forfeited to the United States. It is further ordered that all right, title, and interest in the property subject to forfeiture is hereby vested in the United States of America and shall be disposed of according to law. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS SO ORDERED this 20th day of March 2015.

_____
Kristine G. Baker
United States District Judge